## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RAHEEM BROWN,                    :   No. 23 EM 2016
                                 :
            Petitioner           :
                                 :
                                 :
      v.                         :
                                 :
                                 :
PENNSYLVANIA DEPARTMENT OF       :
CORRECTIONS, EX REL,             :
                                 :
            Respondents          :

## ORDER

**PER CURIAM**

　　**AND NOW**, this 6th day of April, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.